THE STATE OF MONTANA EX REL DAVID ANDERSON, RELATOR, *v.* THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF CARBON, AND THE HONORABLE ROBERT H. WILSON.

No. 13748.
March 16, 1977.
560 P.2d 910.

ORDER

PER CURIAM:

Application for petition for writ of supervisory control or other appropriate writ having been filed, was considered by the Court and found untimely,

IT IS THEREFORE ORDERED that the petition for a writ in the above entitled cause is herein denied.